1  PATRICIA S. MAR (State Bar No. 45593)
   ADAM LEWIS (State Bar No. 88736)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  Attorneys for Petitioner
   MOULIN GLOBAL EYECARE HOLDINGS
6  LIMITED

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| IN RE: | Case No.   06-30018 |
|---|---|
| MOULIN GLOBAL EYECARE HOLDINGS LIMITED, | Chapter 15 |
| Petitioner. | Date: February 10, 2006<br>Time: 9:30 a.m.<br>Location: 235 Pine Street<br>San Francisco, CA 94104<br>23rd Floor (Judge Carlson) |

**MOTION FOR ENTRY OF ORDER**

**(1)  GRANTING RECOGNITION OF HONG KONG AND BERMUDA PROCEEDINGS AS FOREIGN PROCEEDINGS UNDER 11 U.S.C. §1517;**

**(2)  RECOGNIZING HONG KONG PROCEEDING AS A FOREIGN MAIN PROCEEDING UNDER 11 U.S.C. §1517(b)(1), OR, ALTERNATIVELY, RECOGNIZING BERMUDA PROCEEDING AS A FOREIGN MAIN PROCEEDING;**

**(3)  CONFIRMING THAT AUTOMATIC STAY OF 11 U.S.C. §362 IS APPLICABLE UNDER 11 U.S.C. §1520(a); AND**

**(4)  STAYING CALIFORNIA LAWSUIT UNDER 11 U.S.C. §1521(a) TO THE EXTENT NOT STAYED UNDER 11 U.S.C. §1520**

Petitioner Moulin Global Eyecare Holdings Limited ("Petitioner" or "Moulin") hereby submits this Motion requesting that the Court enter an order or orders granting Petitioner the following relief:

1. Granting the Petition filed by Petitioner under 11 U.S.C. §1515 and recognizing the following proceedings as "foreign proceedings" under Chapter 15 of the Bankruptcy Code:

   a. *In the Matter of Moulin Global Eyecare Holdings Limited (formerly known as Moulin International Holdings Limited)*, No. HCCW 470/2005, in the High Court of the Hong Kong Special Administrative Region Court of First Instance (the "Hong Kong Proceeding").

   b. *In the Matter of Moulin Global Eyecare Holdings Limited (formerly known as Moulin International Holdings Limited)*, No. 243 of 2005, in the Supreme Court of Bermuda (the "Bermuda Proceeding").

2. Recognizing the Hong Kong Proceeding as a "foreign main proceeding," as defined in 11 U.S.C. §§ 1502(4) and 1517(b)(1), and the Bermuda Proceeding as a "foreign nonmain proceeding," as defined in 11 U.S.C. §§ 1502(5) and 1517(b)(2), or, alternatively, if the Court determines that the Hong Kong Proceeding is not a "foreign main proceeding," recognizing the Bermuda Proceeding as a "foreign main proceeding," and the Hong Kong Proceeding as a "foreign nonmain proceeding."

3. Confirming that upon entry of the order recognizing either the Hong Kong Proceeding or the Bermuda Proceeding as a foreign main proceeding, Section 362 is applicable under Section 1520 of the Code.

4. Granting a further stay under Section 1521 of the Code, to the extent not stayed under Section 1520, staying the continuation of the action titled *Anthony P. DiChiara v. Roderick Sutton*, et al, Case No. 105CV054315, in the Superior Court of the State of California for the County of Santa Clara, as against defendants Roderick Sutton, Desmond Chiong, Ferrier Hodgson Limited, Moulin Global Eyecare Holdings Limited, Ample Faith Investments Limited and Offer High Investments Limited.

1 | This Motion is based on the Petition, the Memorandum of Points and Authorities, the
2 | Declaration of Roderick J. Sutton and such further evidence and argument that may be presented
3 | to the Court at or before the hearing on the Motion.

Dated: January 13, 2006          MORRISON & FOERSTER LLP

                                 By:   /s/ Patricia S. Mar
                                       Patricia S. Mar

                                       Attorneys for Petitioner
                                       MOULIN GLOBAL EYECARE
                                       HOLDINGS LIMITED

sf-2063729